UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MITCHELL MILES,<br>Defendant. | CASE NO. 4:26-CR-00032-1 HSG [KAW]<br>DETENTION ORDER |

On October 5, 2026, this matter came before the Court for a detention hearing on the Amended Petition for Summons filed October 2, 2026. Dkt. No. 12. The defendant was present, in custody, and represented by counsel. The government and United States Probation moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds the defendant has not met his burden by clear and convincing evidence under Fed. R. Crim. P. 32.1(a)(6) that any condition or combination of conditions would reasonably assure the safety of any other person or the community or assure the defendant's appearance at future court proceedings.

Accordingly, the defendant is hereby ordered detained pending resolution of the Amended Petition for Summons for Person Under Supervision filed October 2, 2026.

This matter is continued for status conference regarding the defendant's supervised release violations before the Honorable District Judge Haywood S. Gilliam, Jr., on October 21, 2026, at 2:00 p.m., 4th Floor, Courtroom 2.

IT IS SO ORDERED.

DATED: October 5, 2026

[signature]
HON. KANDIS A. WESTMORE
United States Magistrate Judge